U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMY J. MADDOX | CIVIL ACTION |
| VERSUS | NO.: 06-CV-1543 |
| N. BURL CAIN, Warden, La. State Pen. | SECTION: "_P_" |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of *F.R.A.P., Rule 22(b)*, hereby finds that:

[ ] a certificate of appealability for an appeal is hereby GRANTED.

[X] a certificate of appealability for an appeal is hereby DENIED.

## REASONS FOR DENIAL:

_____

_____

_____

_____

_____

Date: 1/18/07

_____
United States District Judge

10